FILED

DEC 0 4 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | **3:24 CR 446** |
| | ) | JUDGE CARR |
| v. | ) | CASE NO.____ MAG. JUDGE CLAY |
| | ) | Title 18, United States Code, |
| KRISTIN ROTH, | ) | Sections 922(a)(6), 922(g)(3), |
| | ) | 924(a)(1)(D), 924(a)(8), |
| Defendant. | ) | 932(b)(1) and (c)(1), 932(b) |
| | ) | (2) and (c)(1), and 2 |

COUNT 1
(False Statement in Connection with the Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and
924(a)(2))

The Grand Jury charges:

1.      On or about April 30, 2024, in the Northern District of Ohio, Western Division,

Defendant KRISTIN ROTH, in connection with the attempted acquisition of a firearm, to wit:

Ruger, Model 22 Charger, .22 caliber pistol, serial number 493-40851, from Rural King, 1800 E.

State Street, Fremont, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title

18, United States Code, knowingly made a false and fictitious written statement, which was

intended to deceive the firearms dealer, as to a fact material to the lawfulness of such sale of said

firearm to Defendant under Chapter 44 of Title 18, in that Defendant did execute a Department

of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms

Transaction Record, to the effect that she was not addicted to or an unlawful user of a controlled

ORIGINAL

substance, and that she was the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 2**
(Straw Purchase, 18 U.S.C. § 932(b)(1) and (c)(1))

The Grand Jury further charges:

2.     On or about April 30, 2024, in the Northern District of Ohio, Western Division, Defendant KRISTIN ROTH, knowingly purchased a firearm, to wit: a Ruger, Model 22 Charger, .22 caliber pistol, serial number 493-40851, for, on behalf of, and at the request or demand of another, knowing and having reasonable cause to believe that such person is a prohibited person as defined by Title 18, United States Code, Section 922(d), said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 932(b)(1) and (c)(1).

**COUNT 3**
(Straw Purchase, 18 U.S.C. § 932(b)(2) and (c)(1))

The Grand Jury further charges:

3.     On or about April 30, 2024, in the Northern District of Ohio, Western Division, Defendant KRISTIN ROTH, knowingly purchased a firearm, to wit: a Ruger, Model 22 Charger, .22 caliber pistol, serial number 493-40851, for, on behalf of, and at the request or demand of another, knowing and having reasonable cause to believe that such person intends to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a felony or a drug trafficking crime, said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 932(b)(2) and (c)(1).

<u>COUNT 4</u>
(Possession of a Firearm by an Addict or Unlawful User of a Controlled Substance, 18 U.S.C. §§
922(g)(3) and 924(a)(8))

The Grand Jury further charges:

4.      On or about April 30, 2024, in the Northern District of Ohio, Western Division,

Defendant KRISTIN ROTH, knowing she was addicted to, or an unlawful user of, a controlled

substance, that being cocaine, knowingly possessed in and affecting interstate commerce a

firearm, to wit: a Ruger, Model 22 Charger, .22 caliber pistol, serial number 493-40851 said

firearm having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Sections 922(g)(3) and 924(a)(8).

<u>FORFEITURE</u>

The Grand Jury further charges:

5.      The allegations of Counts 1 through 4 are hereby realleged and incorporated

herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States

Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).  As a result of the

foregoing offenses, Defendant KRISTIN ROTH shall forfeit to the United States any and all

firearms and ammunition involved in or used in the commission of the violations charged in

Counts 1 through 4.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.

3